**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00530-AP

PAUL A. LUERS,

       Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Plaintiff.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL**

                For Plaintiff:

                Michael W. Seckar, Esq.
                402 W. 12th Street
                Pueblo, CO 81003
                719-543-8636
                seckarlaw@mindspring.com

                For Defendant:

                DAVID M. GAOUETTE
                Acting United States Attorney

                KEVIN TRASKOS
                Assistant United States Attorney

                Debra J. Meachum
                Special Assistant United States Attorney
                Office of the General Counsel
                1961 Stout Street, Suite 1001A
                Denver, CO 80294
                (303) 454-1570
                debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

   A.  Date Complaint Was Filed:  **3/12/09**
   B.  Date Complaint Was Served on U.S. Attorney's Office:  **4/29/09.**
   C.  Date Answer and Administrative Record Were Filed:  **6/22/09.**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete
and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.      BRIEFING SCHEDULE**

   A.  Plaintiff's Opening Brief Due:        **8/13/09.**
   B.  Defendant's Response Brief Due:   **9/13/09.**
   C.  Plaintiff's Reply Brief (If Any) Due:   **9/28/09.**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

   A.      Plaintiff's Statement:  Plaintiff does not request oral argument.
   B.      Defendant's Statement: Defendant does not request oral argument**.**

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.      ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11.    OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 9th day of July, 2009.

    BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Michael W. Seckar**
Michael W.Seckar, Esq.
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
seckarlaw@mindspring.com

**For Defendant:**

DAVID M. GAOUETTE
Acting United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 844-1570
debra.meachum@ssa.gov